# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Elliott E. Peppers

       Plaintiff,

v.              Case No.: 1:17−cv−03387

              Honorable M. David Weisman

Benedictine University, et al.

        Defendant.

---

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 16, 2018:

   MINUTE entry before the Honorable M. David Weisman: Pursuant to stipulation of dismissal [54], this case is dismissed with prejudice and without cost to either party. Status hearing set for 5/2/18 is stricken. Civil case terminated. Mailed notice (ao,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.